

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00334-CV

———————————————

NOVIEMBRE DONN HILL, Appellant

V.

JIMMY WAYNE HILL, Appellee

On Appeal from the 97th District Court
Montague County, Texas
Trial Court No. 2019-0165M-CV

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Noviembre Donn Hill attempts to appeal from the trial court's Final Decree of Divorce signed on August 12, 2019. No post-judgment motion was filed to extend the appellate deadline, so the notice of appeal was due September 11, 2019. *See* Tex. R. App. P. 26.1. Appellant, however, did not file a notice of appeal until September 16, 2019.

On September 20, 2019, we notified Appellant that we were concerned that we may not have jurisdiction over this appeal because the notice of appeal was not timely filed. *See id.* We cautioned that unless Appellant or any party desiring to continue the appeal filed with the court, on or before September 30, 2019, a response showing grounds for continuing the appeal, we may dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We have not received a response.

We do not have jurisdiction over an appeal absent a timely filed notice of appeal. *See* Tex. R. App. P. 25.1(b); *Howlett v. Tarrant Cty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) (op. on reh'g) (citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)). Accordingly, because the notice of appeal was untimely, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: October 24, 2019